**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 04-7523

GEORGE JOHNSON,

Plaintiff - Appellant,

versus

PUBLIC SAFETY AND CORRECTIONAL SERVICES,

Defendant - Appellee.

Appeal from the United States District Court for the District of Maryland, at Baltimore.  William D. Quarles, Jr., District Judge. (CA-04-2682-WDQ)

Submitted:  January 27, 2005          Decided:  February 4, 2005

Before LUTTIG and DUNCAN, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

George Johnson, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

George Johnson appeals the district court's order denying relief on his 42 U.S.C. § 1983 (2000) complaint. We have reviewed the record and find no reversible error. Accordingly, we deny Johnson's motions for general relief and affirm for the reasons stated by the district court. See Johnson v. Pub. Safety & Corr. Servs., No. CA-04-2682-WDQ (D. Md. Aug. 24, 2004). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED